**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7169**

---

GREGORY MAURICE LEE,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN; LYNN PHILLIPS; THE UTILI-
ZATION REVIEW BOARD; DOCTOR STOVER; DOCTOR
HENRY; RICK JACKSON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, District
Judge. (CA-96-128-3-MU)

---

Submitted: November 6, 1997     Decided: December 3, 1997

---

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gregory Maurice Lee, Appellant Pro Se. Joan Herre Erwin, Assistant
Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lee v. Freeman, No. CA-96-128-3-MU (W.D.N.C. July 14, 1997). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED